```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 33970
    MELVIN L SIMS
    DELORES JENKINS-SIMS                     CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-2082     SSN XXX-XX-2205

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/26/2005 and was confirmed 10/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 07/17/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  UNSECURED          4842.47           .00           .00
INTERNAL REVENUE SERVICE  PRIORITY             21.87           .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED          4576.24           .00           .00
HOUSEHOLD FINANCE CORP    MORTGAGE ARRE      4023.00           .00       2544.03
MARSHALL FIELDS           UNSECURED           392.86           .00           .00
BANK OF AMERICA           CURRENT MORTG          .00           .00           .00
BANK OF AMERICA           MORTGAGE ARRE       383.41           .00        275.55
CHASE MANHATTAN MORTGAGE  CURRENT MORTG          .00           .00           .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE        83.70           .00         83.70
HOUSEHOLD FINANCE CORP    CURRENT MORTG          .00           .00           .00
TOYOTA MOTOR CREDIT       SECURED          16484.66        2993.91      10103.77
ACADEMY COLLECTION SERVI  NOTICE ONLY      NOT FILED           .00           .00
ADVOCATE HOSPITAL         UNSECURED           240.40           .00           .00
AMERICA ONLINE            UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED           963.70           .00           .00
AMERICAN EXPRESS TRAVEL   UNSECURED          3412.84           .00           .00
AMERICAN EXPRESS TRAVEL   UNSECURED           151.52           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          2119.45           .00           .00
ASSOCIATES                UNSECURED       NOT FILED           .00           .00
BYLOE INVESTMENT GROUP    UNSECURED          3141.95           .00           .00
CAPITAL ONE               UNSECURED          1600.07           .00           .00
CAPITAL ONE BANK          UNSECURED       NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          1230.25           .00           .00
SMC                       UNSECURED           346.00           .00           .00
CHARTER ONE BANK          UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED          2459.26           .00           .00
ECAST SETTLEMENT CORP     UNSECURED          1462.50           .00           .00
SYSTEM CREDIT             UNSECURED       NOT FILED           .00           .00
VETERANS ADMINISTRATION   UNSECURED       NOT FILED           .00           .00
DEPENDON COLLECTION SERV  NOTICE ONLY     NOT FILED           .00           .00
DIRECT MERCHANTS BANK     UNSECURED       NOT FILED           .00           .00
STEPHEN STEINER           UNSECURED       NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 33970 MELVIN L SIMS & DELORES JENKINS-SIMS
```

```
FAMILY DENTAL CARE        UNSECURED        NOT FILED             .00              .00
GLOBAL VANTEDGE           UNSECURED        NOT FILED             .00              .00
HOUSEHOLD BANK            UNSECURED        NOT FILED             .00              .00
HSBC                      UNSECURED        NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED         1045.06              .00              .00
ECAST SETTLEMENT CORP     UNSECURED          251.33              .00              .00
LANE BRYANT               UNSECURED        NOT FILED             .00              .00
JOSEPH MACALUSO           NOTICE ONLY      NOT FILED             .00              .00
MICHAEL REESE HOSPITAL    UNSECURED        NOT FILED             .00              .00
NATIONWIDE CREDIT & COLL  NOTICE ONLY      NOT FILED             .00              .00
OSI COLLECTION SERVICES   NOTICE ONLY      NOT FILED             .00              .00
PATHOLOGY ASSOCIATES      UNSECURED        NOT FILED             .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED             .00              .00
PROVIDIAN GOLD SERVICES   UNSECURED        NOT FILED             .00              .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED             .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         3805.86              .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED         1700.96              .00              .00
SENEX FUNDING CORP        NOTICE ONLY      NOT FILED             .00              .00
TABAKS HEALTH PROD        UNSECURED        NOT FILED             .00              .00
THE ASSOCIATES            UNSECURED        NOT FILED             .00              .00
UNIVERSITY OF ILLINOIS H  UNSECURED        NOT FILED             .00              .00
UNIVERSITY OF ILLINOIS H  NOTICE ONLY      NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED          961.19              .00              .00
TOYOTA MOTOR CREDIT       NOTICE ONLY      NOT FILED             .00              .00
AMERICAN EXPRESS TRAVEL   UNSECURED          648.91              .00              .00
ROUNDUP FUNDING LLC       UNSECURED         1083.22              .00              .00
LEEDERS & ASSOCIATES LTD  DEBTOR ATTY      1,700.00                            1,700.00
TOM VAUGHN                TRUSTEE                                              1,075.54
DEBTOR REFUND             REFUND                                                   .00

         Summary of Receipts and Disbursements:
 -----------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
 -----------------------------------------------------------------------------
TRUSTEE                  18,776.50

PRIORITY                                              .00
SECURED                                         13,007.05
    INTEREST                                     2,993.91
UNSECURED                                             .00
ADMINISTRATIVE                                   1,700.00
TRUSTEE COMPENSATION                             1,075.54
DEBTOR REFUND                                         .00
                        ---------------      ---------------
TOTALS                   18,776.50              18,776.50
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/29/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |